IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| TANGELA S RODRIGUEZ | ) | CASE NO. 4-09-24945-EWH |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| **7** | **PIMA COMMUNITY COLLEGE**<br>**4905D E BROADWAY BLVD**<br>**TUCSON AZ 85709** | **$24,599.55** | **$1,365.98** |

_____12/16/10_____          /s/ SJK_____
        Date                                     Stanley J. Kartchner, Trustee